Same case below, 466 Fed. Appx. 692.

**No. 11-6808. Willie Alvin Griffin, Sr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1117, 132 S. Ct. 1007, 181 L. Ed. 2d 746, 2012 U.S. LEXIS 265.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6825. Marilyn McCoy Norwood, Petitioner v. Little Rock Police Department, Arkansas.**

565 U.S. 1117, 132 S. Ct. 1007, 181 L. Ed. 2d 746, 2012 U.S. LEXIS 405.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6828. Andre Dee Scott, Petitioner v. California.**

565 U.S. 1117, 132 S. Ct. 1007, 181 L. Ed. 2d 746, 2012 U.S. LEXIS 234.

January 9, 2012. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 11-6829. Paul C. Allen, Petitioner v. Al Bigelow, Warden, et al.**

565 U.S. 1117, 132 S. Ct. 1007, 181 L. Ed. 2d 746, 2012 U.S. LEXIS 263,

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 11-6830. Moises E. Bure, Petitioner v. Pam Bondi, Attorney General of Florida, et al.**

565 U.S. 1117, 132 S. Ct. 1008, 181 L. Ed. 2d 746, 2012 U.S. LEXIS 368.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6832. Theodore Stevens, Petitioner v. Nevada.**

565 U.S. 1118, 132 S. Ct. 1008, 181 L. Ed. 2d 746, 2012 U.S. LEXIS 409.

January 9, 2012. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 127 Nev. 1178, 373 P.3d 964.

**No. 11-6833. Javier Diaz-Bey, Petitioner v. W. Hill, et al.**

565 U.S. 1118, 132 S. Ct. 1008, 181 L. Ed. 2d 746, 2012 U.S. LEXIS 401.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 228.

**No. 11-6839. Michael E. Peterson, Petitioner v. Rob McKenna, Attorney General of Washington.**

565 U.S. 1118, 132 S. Ct. 1008, 181 L. Ed. 2d 746, 2012 U.S. LEXIS 154.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.